**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Armando Ortega Munoz, ) | No. CV 05-4089-PHX-JAT |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Joseph Arpaio, ) | |
| Defendant. ) | |

On March 31, 2006, the Magistrate Judge ordered Plaintiff to show cause why this case should not be dismissed. (Doc. #5). Plaintiff failed to respond and on April 26, 2006, the Magistrate Judge issued a Report and Recommendation ("R&R") (Doc. #7) recommending that this case be dismissed.

Neither party has filed objections to the R&R.[1] Accordingly, the Court hereby accepts the R&R. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985) (finding that district courts are not required to conduct "any review at all . . . *of any issue* that is not the subject of an objection" (emphasis added)); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) ("statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)); *see also Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D. Ariz. 2003).

---

[1] Defendant has not been served and has not appeared.

1   Accordingly,

2   **IT IS ORDERED** that the Magistrate Judge's Report and Recommendation (Doc. #7)
3   is **ACCEPTED**; and

4   **IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT**
5   **PREJUDICE** for failure to comply with Court orders pursuant to Federal Rule of Civil
6   Procedure 41(b); and the clerk of the court shall enter judgment accordingly.

7   DATED this 25th day of July, 2006.

_/s/ James A. Teilborg_
James A. Teilborg
United States District Judge